## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

CHRIS J. HACKBART and
FAYE A. HACKBART,

JUDGMENT IN A CIVIL CASE

     Plaintiffs,

15-cv-750-jdp

v.

BAC HOME LOANS SERVICING, L.P.,
AMERICA'S WHOLESALE LENDER,
BANK OF AMERICA, N.A.,
GREAT LAKES FINANCIAL, LLC,
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. and
DOES 1-10,

     Defendants.

This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting the motion to dismiss filed by Bank of America, N.A., (as successor to BAC Home Loans Servicing, L.P.,) America's Wholesale Lender, and Mortgage Electronic Registration Systems, Inc. and dismissing this case with prejudice.

/s/                                                                9/14/2016

Peter Oppeneer, Clerk of Court                    Date